EXHIBIT "1"
To the Plaintiff's Complaint

SUMMARY OF DEFENDANTS' IP ADDRESS DATA

**Plaintiff:** WWE Studios Finance Corp.
**Movie Title:** The Eliminators
**File Name:** Eliminators.2016.BRRip.XviD.AC3
**Hash Tag:** SHA1: DDA98158C6895400E7D5F4332721E08DBE80A238

| No | IP | Hit Date UTC | ISP | Region | Province |
|----|-----|--------------|-----|--------|----------|
| 1 | 67.239.209.208 | 2016-12-02 14:11:27 | CenturyLink | Nevada | Clark County |
| 2 | 76.0.238.125 | 2016-12-02 16:01:46 | CenturyLink | Nevada | Clark County |
| 3 | 98.160.255.234 | 2016-12-02 17:34:05 | Cox Communications | Nevada | Clark County |
| 4 | 72.193.36.2 | 2016-12-02 18:31:47 | Cox Communications | Nevada | Clark County |
| 5 | 71.49.223.126 | 2016-12-03 00:46:47 | CenturyLink | Nevada | Clark County |
| 6 | 184.0.82.252 | 2016-12-03 18:45:55 | CenturyLink | Nevada | Clark County |
| 7 | 184.1.6.185 | 2016-12-04 00:00:02 | CenturyLink | Nevada | Clark County |
| 8 | 184.1.1.74 | 2016-12-04 14:33:09 | CenturyLink | Nevada | Clark County |
| 9 | 174.71.244.88 | 2016-12-06 02:51:46 | Cox Communications | Nevada | Clark County |
| 10 | 71.48.46.193 | 2016-12-08 19:21:25 | CenturyLink | Nevada | Clark County |
| 11 | 71.49.193.235 | 2017-01-14 02:23:43 | CenturyLink | Nevada | Clark County |