EXHIBIT "2"
TO THE PLAINTIFF'S COMPLAINT

PLAINTIFF'S COPYRIGHT REGISTRATION

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**PAu 3-807-717**

**Effective Date of Registration:**
September 08, 2016

---

## Title

**Title of Work:** ELIMINATORS

## Completion/Publication

**Year of Completion:** 2016

## Author

- **Author:** WWE Studios Finance Corp.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** WWE Studios Finance Corp.
12424 Wilshire Blvd., Suite 1400, Los Angeles, CA, 90025, United States

## Rights and Permissions

**Organization Name:** World Wrestling Entertainment, Inc.
**Address:** 1241 East Main Street
Stamford, CT 06902 United States

## Certification

**Name:** Lauren Dienes-Middlen
**Date:** August 25, 2016